IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHERINE DAVIS,                :
   Plaintiff               :
                                :
v.                              :         CIVIL NO. AMD 07-2970
                                :
HEALTHCARE REVENUE              :
RECOVERY GROUP, LLC,            :
   Defendant               :

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 4th day of August, 2008, by the United States District Court for the District of Maryland, ORDERED

(1) That defendant's motion for summary judgment (Paper No. 12) is GRANTED; and it is further ORDERED

(2) That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AGAINST PLAINTIFF; and it is further ORDERED

(3) That the Clerk shall CLOSE THIS CASE.

                                          /s/
                                          ANDRÉ M. DAVIS
                                          United States District Judge